SEAN P. NALTY (SBN 121253)
CHRISTINA R. VAN WERT (SBN 242741)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
BP CORPORATION OF NORTH AMERICA, INC.
LONG TERM DISABILITY PLAN; and
CIGNA GROUP INSURANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VARGAS,<br><br>          Plaintiff,<br><br>     v.<br><br>BP CORPORATION OF NORTH AMERICA, INC., LONG TERM DISABILITY PLAN; CIGNA GROUP INSURANCE,<br><br>          Defendants. | Case No.: C09-03972 CRB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [Local Rule 6-1]**<br><br>Filed: August 27, 2009<br>Location: San Francisco<br>Judge: Charles R. Breyer |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between plaintiff Andew Vargas ("Plaintiff") and defendants BP Corporation of North America, Inc. Long Term Disability Plan; and Cigna Group Insurance (hereinafter referred to as "defendants") through their attorney of record, as follows:

1.  On or about September 17, 2009, defendants were served with the Summons and Complaint filed in this action, and defendants' response to the Complaint currently is due on or before October 7, 2009;

2.  Plaintiff has agreed that defendants may have an extension to and including October 28, 2009 to answer or otherwise respond to the Complaint herein;

1

3. This extension does not exceed thirty (30) days; and

4. This stipulated date for defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: October 9, 2009     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for Defendant
BP CORPORATION OF NORTH AMERICA, INC. LONG TERM DISABILITY PLAN; CIGNA GROUP INSURANCE

Date: October 9, 2009     SPRINGER, SULLIVAN & ROBERTS, LLP

By: /s/ Cassie Springer Sullivan
CASSIE SPRINGER SULLIVAN
MICHELLE L. ROBERTS
Attorney for Plaintiff
ANDREW VARGAS

### ORDER

**IT IS SO ORDERED.**

Date: October 13, 2009     By: _____
The Honorable
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
USDC NDCA Case C09-03972 CRB

481050.1

**CERTIFICATE OF SERVICE**
*Andew Vargas v. BP Corporation of North America, Inc., et al.*
*USDC NDCA Case CV09-03972 CRB*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [LOCAL RULE 6-1]**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

Cassie Springer-Sullivan (SBN 221506)
Michelle L. Roberts (SBN 239092)
SPRINGER, SULLIVAN & ROBERTS, LLP
410 -12th Street, Suite 325
Oakland, CA 94607
Tel: (510) 992-6130
Fax: (510) 280-7564
Attorneys for Plaintiff
*Andrew Vargas*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 9, 2009** at San Francisco, California.

Stacey Muller

3
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
USDC NDCA Case C09-03972 CRB

481050.1