1  Cassie Springer-Sullivan, State Bar No. 221506
    Email: css@ssrlawgroup.com
2  Michelle L. Roberts, State Bar No. 239092
    Email: mlr@ssrlawgroup.com
3  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
4  Oakland, CA 94607
   Tel:  510.992.6130
5  Fax: 510.280.7564

6  *Attorneys for Plaintiff*

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ANDREW VARGAS,                    )  Case No. 09-03972 (CRB)
                                      )
12              Plaintiff,            )  **JOINT STIPULATION AND**
                                      )  **PROPOSED ORDER TO PERMIT**
13        vs.                         )  **PLAINTIFF TO FILE AN AMENDED**
                                      )  **COMPLAINT**
14  BP CORPORATION OF NORTH AMERICA,  )
    INC. LONG TERM DISABILITY PLAN;   )
15  CIGNA GROUP INSURANCE,            )
                                      )
16              Defendants.           )
                                      )
17  _____)

18        WHEREAS on August 27, 2009, Plaintiff filed his complaint in this Court alleging a

19  claim for disability benefits pursuant to ERISA § 502(a)(1)(B); and

20        WHEREAS by letter dated October 19, 2009, Defendant CIGNA determined that

21  Plaintiff was entitled to disability benefits, retroactive to May 14, 2007; and

22        WHEREAS Defendant CIGNA further determined that as of August 2009 it was entitled

23  to offset Mr. Vargas's disability benefit by pension benefits, reducing his net monthly disability

24  benefit to $100; and

25        WHEREAS Plaintiff does not agree that an offset for pension benefits is appropriate; and

26        WHEREAS Defendants filed an Answer to the Complaint on November 11, 2009;

27        NOW, THEREFORE, the parties, by and through their attorneys of record, hereby

28  stipulate and respectfully request that the Court permit Plaintiff to file a First Amended

1   Complaint in light of the facts that developed subsequent to the filing of the Complaint

2

3   Dated:  November 20, 2009                    Respectfully submitted,

4                                               SPRINGER-SULLIVAN & ROBERTS LLP

5
                                               By:    _____/s/_____
6                                                     Cassie Springer-Sullivan
                                                      *Attorneys for Plaintiff*
7

8
    Dated:  November 20, 2009                    WILSON ELSER MOSKOWITZ
9                                               EDELMAN & DICKER LLP

10
                                               By:    _____/s/_____
11                                                    Shilpa Doshi
                                                      *Attorneys for Defendants*
12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

14

15  Date:_ November 23, 2009 _                  _____
                                               The Honorable Charles R. Breyer
16                                             United States District

17

18

19

20

21

22

23

24

25

26

27

28