SEAN P. NALTY (SBN 121253)
SHILPA G. DOSHI (SBN 253024)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
BP CORPORATION OF NORTH AMERICA, INC.
LONG TERM DISABILITY PLAN; and
LIFE INSURANCE COMPANY OF NORTH AMERICA


CASSIE SPRINGER-SULLIVAN (SBN 221506)
MICHELLE L. ROBERTS (SBN 239092)
SPRINGER-SULLIVAN & ROBERTS, LLP
410 -12th Street, Suite 325
Oakland, CA 94607
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff
ANDREW VARGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VARGAS, | Case No.: C09-03972 CRB |
| Plaintiff, | **PARTIES' JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| BP CORPORATION OF NORTH AMERICA, INC., LONG TERM DISABILITY PLAN; CIGNA GROUP INSURANCE, | Filed: August 27, 2009<br>Location: San Francisco<br>Judge: Charles R. Breyer |
| Defendants. | |

The parties in the above-captioned matter, plaintiff ANDREW VARGAS and defendants BP CORPORATION OF NORTH AMERICA, INC. LONG TERM DISABILITY PLAN and

1

PARTIES' JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE
USDC NDCA Case C09-03972 CRB
526649.1

LIFE INSURANCE COMPANY OF NORTH AMERICA, through their attorneys of record, hereby jointly request a 30-day continuance of the Case Management Conference in this matter and the dates associated with the conference.

Currently, the Case Management Conference in this matter is set for March 26, 2010 at 8:30 a.m.

The parties request this continuance in order to continue to pursue settlement of this matter. The parties have completed settlement discussions and are finalizing a settlement agreement. The parties believe that the settlement agreement can be finalized and signed by the parties within the next 30-days.

Accordingly, the parties hereby stipulate that the Case Management Conference in this matter, and the various dates associated with the conference, may be continued for 30 days, and request the Court to so order.

IT IS SO STIPULATED.

Date: March 22, 2010     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Shilpa G. Doshi
SHILPA G. DOSHI
Attorneys for Defendants
BP CORPORATION OF NORTH AMERICA, INC.
LONG TERM DISABILITY PLAN; LIFE INSURANCE
COMPANY OF NORTH AMERICA

Date: March 22, 2010     SPRINGER-SULLIVAN & ROBERTS, LLP

By: /s/ Cassie Springer-Sullivan
CASSIE SPRINGER-SULLIVAN
MICHELLE L. ROBERTS
Attorney for Plaintiff
ANDREW VARGAS

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Court will issue a new scheduling order continuing the Case Management Conference in this matter for 30 days ~~as well as the dates leading up to the Case Management Conference.~~ **The case management conference is continued to April 30, 2010 at 8:30 a.m.**

IT IS SO ORDERED.

Date: March 23, 2010          By: _____
                                  The Honorable Charles R. Breyer
                                  United States District Court Judge



PARTIES' JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case C09-03972 CRB
526649.1