1  SEAN P. NALTY  (SBN 121253)
   SHILPA G. DOSHI (SBN 253024)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  BP CORPORATION OF NORTH AMERICA, INC.
   LONG TERM DISABILITY PLAN; and
7  LIFE INSURANCE COMPANY OF NORTH AMERICA

8

   CASSIE SPRINGER-SULLIVAN (SBN 221506)
9  MICHELLE L. ROBERTS (SBN 239092)
   SPRINGER-SULLIVAN & ROBERTS, LLP
10 410 -12th Street, Suite 325
   Oakland, CA 94607
11 Tel: (510) 992-6130
   Fax: (510) 280-7564
12
   Attorneys for Plaintiff
13 ANDREW VARGAS

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 ANDREW VARGAS,                         )  Case No.:  C09-03972 CRB
                                          )
18         Plaintiff,                     )  **PARTIES' JOINT STIPULATION AND**
                                          )  **REQUEST FOR CONTINUANCE OF**
19    v.                                  )  **CASE MANAGEMENT CONFERENCE**
                                          )
20 BP CORPORATION OF NORTH AMERICA,       )
   INC., LONG TERM DISABILITY PLAN;       )  Filed: August 27, 2009
21 CIGNA GROUP INSURANCE,                 )  Location:  San Francisco
                                          )  Judge: Charles R. Breyer
22         Defendants.                    )
                                          )
23 _____)

24     The parties in the above-captioned matter, plaintiff ANDREW VARGAS and defendants

25 BP CORPORATION OF NORTH AMERICA, INC. LONG TERM DISABILITY PLAN and

26

27
                                          1
28 ─────────────────────────────────────────────────────────────
   PARTIES' JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT
                                    CONFERENCE
   USDC NDCA Case C09-03972 CRB
   537012.1

1  LIFE INSURANCE COMPANY OF NORTH AMERICA, through their attorneys of record,
2  hereby jointly request a 30-day continuance of the Case Management Conference in this matter.
3       Currently, the Case Management Conference in this matter is set for April 30, 2010 at 8:30
4  a.m. The parties previously requested a continuance of the CMC on March 22, 2010, pursuant to
5  which the Court continued the CMC from March 26, 2010 to April 30, 2010. The parties have
6  finalized a settlement agreement in this case, and it has been signed by Plaintiff. The parties are
7  requesting this second 30-day continuance to allow time for the settlement agreement to be signed
8  by the appropriate representatives of defendants. Once the settlement agreement is signed,
9  Plaintiff intends to file a dismissal with the Court.
10      Accordingly, the parties hereby stipulate that the Case Management Conference in this
11 matter may be continued for 30 days, and request the Court to so order.
12      IT IS SO STIPULATED.

Date: April 28, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                              By:   /s/ Shilpa G. Doshi
                                    SHILPA G. DOSHI
                                    Attorneys for Defendants
                                    BP CORPORATION OF NORTH AMERICA, INC.
                                    LONG TERM DISABILITY PLAN; LIFE INSURANCE
                                    COMPANY OF NORTH AMERICA


Date: April 28, 2010          SPRINGER-SULLIVAN & ROBERTS, LLP


                              By:   /s/ Cassie Springer-Sullivan
                                    CASSIE SPRINGER-SULLIVAN
                                    MICHELLE L. ROBERTS
                                    Attorney for Plaintiff
                                    ANDREW VARGAS

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Court will issue a new scheduling order continuing the Case Management Conference in this matter for 30 days.

IT IS SO ORDERED.

Date: __April 29, 2010__          By: _____
The Honorable Charles R. Breyer
United States District 

PARTIES' JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case C09-03972 CRB
537012.1