1   Michelle L. Roberts - CA STATE BAR NO. 239092
    Cassie Springer-Sullivan - CA STATE BAR NO. 221506
2   SPRINGER-SULLIVAN & ROBERTS LLP
    410 - 12th Street, Suite 325
3   Oakland, CA  94607
    Telephone: (510) 992-6130
4   Facsimile: (510) 280-7564
    E-mail: mlr@ssrlawgroup.com
5          css@ssrlawgroup.com

6   *Attorneys for Plaintiff*

7   Sean P. Nalty - CA STATE BAR NO. 121253
    Shilpa G. Doshi - CA STATE BAR NO. 253024
8   WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
9   525 Market Street, 17th Floor
    San Francisco, CA 94105
10  Telephone: (415) 433-0990
    Facsimile: (415) 434-1370
11  E-mail: sean.nalty@wilsonelser.com
          shilpa.doshi@wilsonelser.com

12

13  *Attorneys for Defendants*

14

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18  ANDREW VARGAS,                    )   Case No. 09-03972 (CRB)
                                      )
19              Plaintiff,            )
        vs.                           )   **STIPULATED DISMISSAL AND**
20                                    )   **[PROPOSED] ORDER**
                                      )   [FED. R. CIV. P. 41(a)(1)]
21  BP CORPORATION OF NORTH AMERICA,  )
    INC. LONG TERM DISABILITY PLAN;   )
22  CIGNA GROUP INSURANCE,            )
                                      )
23              Defendants.           )
    _____ )

24      Plaintiff ANDREW VARGAS and Defendants BP CORPORATION OF NORTH

25  AMERICA, INC. LONG TERM DISABILITY PLAN; CIGNA GROUP INSURANCE

26  (collectively, "the Parties") have reached a resolution of this matter.  The parties agree to dismiss

27  this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its

28  own attorneys' fees and costs.

1    IT IS SO AGREED AND STIPULATED.

2

3    Dated: May 18, 2010                    SPRINGER-SULLIVAN & ROBERTS LLP

4                                    By:    ___/s/_____
5                                           Cassie Springer-Sullivan
                                            *Attorneys for Plaintiff*
6    Dated: May 18, 2010                    WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
7
8                                    By:    ___/s/_____
                                            Sean P. Nalty
9                                           *Attorneys for Defendants*

10                                [~~PROPOSED~~] ORDER

11        The Court hereby dismisses this action with prejudice.

12

13

14   Dated: ___May 21, 2010___              _____
15                                          Honorable Charles R. Breyer
                                            United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28